MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JACKIE TOLLISON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00142-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from October 24, 2019, to December 8, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because the parties are pursuing settlement discussions.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: October 17, 2019  */s/Meghan O. Lambert*
(*as authorized via e-mail on October 17, 2019)
MEGHAN O. LAMBERT
Attorney for Plaintiff

Dated: October 17, 2019  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ben A. Porter*
BEN A. PORTER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, Defendant requests an extension of time to respond to Plaintiff's Opening Brief because the parties are pursuing settlement discussions. Generally, settlement discussions do not constitute good cause justifying modification of a pretrial Scheduling Order. *See, e.g., Gerawan Farming, Inc. v. Rehrig Pacific Co.*, No. 11-cv-01273-LJO-BAM, 2013 WL 1164941, *4 (E.D. Cal. Mar. 20, 2013). Nevertheless, because the Scheduling Order in this action permits a single thirty-day (30) extension by stipulation of the parties without Court approval (*See* Doc. 5-1 at ¶ 12) and because resolution of this action without judicial intervention preserves both party and judicial resources, Defendant's request for an extension of time is GRANTED. Defendant's response to Plaintiff's Opening Brief shall be

filed on or before December 8, 2019. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __**October 23, 2019**__ _____/s/ *Barbara A. McAuliffe*_____
UNITED STATES MAGISTRATE JUDGE