MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JACKIE TOLLISON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00142-BAM<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND |

IT IS HEREBY STIPULATED, by and between Jackie Tollison (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning mental

impairments, and explain the weight given to the opinion evidence. The Appeals Council will instruct the ALJ to further evaluate whether Plaintiff has the residual functional capacity to perform his past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given his vocational factors (age, education, and work experience) and residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 18, 2019
/s/Meghan O. Lambert
(*as authorized via e-mail on October 23, 2019)
MEGHAN O. LAMBERT
Attorney for Plaintiff

Dated: November 18, 2019
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Ben A. Porter
BEN A. PORTER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **November 20, 2019**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE